IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 JUL 11 PM 3: 43
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **BRENDA K. HICKS** | ) |
| Plaintiff, | ) |
| Vs. | ) Civil Action No: 04-2949-DV |
| **FEDERAL EXPRESS** Defendant. | ) |

ORDER GRANTING DEFENDANT FEDERAL EXPRESS
CORPORATION'S MOTION TO AMEND ANSWER AND DEFENSES TO
AMENDED COMPLAINT

**WHEREAS** Defendant, Federal Express Corporation ("FedEx"), has filed a Motion to Amend Answer and Defenses to Amended Complaint, this Court grants Defendant's motion.

**WHEREFORE**, Defendant's motion is hereby **GRANTED**. Defendant shall have ten (10) days from the date of this Order within which to file its Amended Answer and Defenses to Amended Complaint as attached to Defendant's Motion to Amend Answer and Defenses to Amended Complaint.

_Diane K. Vescovo_
United States District Judge

Date: July 11, 2005

557855

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-13-05

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02949 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Brenda K. Hicks
4450 White Sands
Memphis, TN 38118

Kathy L. Laizure
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT