IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 25 AM 10: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| BRENDA K. HICKS<br><br>　　Plaintiff,<br><br>Vs.<br><br>FEDERAL EXPRESS<br>　　Defendant. | Civil Action No: 04-2949-DV |

## PROPOSED ORDER GRANTING DEFENDANT FEDERAL EXPRESS CORPORATION'S MOTION TO EXTEND CERTAIN DEADLINES IN THE SCHEDULING ORDER

**WHEREAS** Defendant, Federal Express Corporation ("FedEx"), has filed a Motion to Extend Certain Deadlines in the Scheduling Order and Incorporated Memorandum in Support Thereof, this Court grants Defendant's motion.

**WHEREFORE**, Defendant's motion is hereby **GRANTED** and the Court hereby extends the current deadline of August 5, 2005 for the filing of pretrial motions, to and including August 26, 2005.

_Diane K. Vescovo_
United States ~~District~~ Judge
Magistrate

Date: _July 22, 2005_

568461

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02949 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

Kathy L. Laizure
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Brenda K. Hicks
4450 White Sands
Memphis, TN 38118

Honorable Bernice Donald
US DISTRICT COURT