IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 31 PM 4:54

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| **BRENDA HICKS** | § | |
| Pro Se Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 2:04-cv-2949-D |
| **FEDERAL EXPRESS CORPORATION,** | § | |
| Defendant. | § | |

### ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE

The Court, this day having considered the Joint Motion of the Parties for dismissal with prejudice, and having concluded that the same should be granted, it is accordingly

ORDERED ADJUDGED AND DECREED that this action be, and it hereby is, dismissed with prejudice, each side to bear its own costs. It is further

ORDERED ADJUDGED AND DECREED that all relief not expressly granted in this Order is hereby denied.

THIS IS A FINAL JUDGMENT.

Entered this _31_ day of _August_, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and /or 79(a) FRCP on _9/1/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02949 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Brenda K. Hicks
4450 White Sands
Memphis, TN 38118

Kathy L. Laizure
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT