UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 14  AM 11: 20

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

**BRENDA HICKS**

v.

**FEDERAL EXPRESS CORPORATION**

**JUDGMENT IN A CIVIL CASE**

CASE NO: 04-2949-D

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order On Joint Motion To Dismiss With Prejudice entered on September 7, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

BERNICE B. DONALD
UNITED STATES DISTRICT COURT

September 13, 2005
Date

THOMAS M. GOULD

Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9/14/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CV-02949 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Brenda K. Hicks
4450 White Sands
Memphis, TN 38118

Kathy L. Laizure
FEDEX CORPORATION- Hacks Cross
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Honorable Bernice Donald
US DISTRICT COURT